IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Garret Jr, Ben A

Printed: 9/4/07

Case Number: 07 B 09620
Judge: Wedoff, Eugene R

Filed: 5/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: August 30, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Keynote Consuling | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 15,000.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 51,669.31 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 420.32 | 0.00 |
| 6. | Keynote Consuling | Unsecured | 227.03 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 57.50 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 181.82 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 131.49 | 0.00 |
| 10. | CBCS | Unsecured | | No Claim Filed |
| 11. | JNR | Unsecured | | No Claim Filed |
| 12. | JNR | Unsecured | | No Claim Filed |
| 13. | Nicor Gas | Unsecured | | No Claim Filed |
| 14. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 15. | National Recovery, Inc | Unsecured | | No Claim Filed |
| 16. | RMI/MCSI | Unsecured | | No Claim Filed |
| 17. | National Recovery, Inc | Unsecured | | No Claim Filed |
| 18. | RMI/MCSI | Unsecured | | No Claim Filed |
| 19. | Sallie Mae | Unsecured | | No Claim Filed |
| 20. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 21. | ER Solutions | Unsecured | | No Claim Filed |
| 22. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | $ 67,687.47 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Garret Jr, Ben A

Printed:  9/4/07

Case Number:  07 B 09620
Judge:  Wedoff, Eugene R
Filed:  5/28/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_